UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                Plaintiff,

      -against-

INTUIT, INC.,

                Defendant.

1:24-CV-10060 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff Michael Buxbaum, who is appearing *pro se*, brings this action invoking the Court's federal question jurisdiction and diversity jurisdiction. The Court dismisses this action without prejudice for the following reasons.

    Plaintiff previously filed a complaint commencing another civil action in this court; that complaint is virtually identical to the complaint commencing this action, and that other action is pending before the Court. *See Buxbaum v. Intuit, Inc.*, 1:24-CV-9895 (LTS) (S.D.N.Y.). As this action raises the same claims as in *Buxbaum*, 1:24-CV-9895 (LTS), no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses this action without prejudice as duplicative of *Buxbaum*, 1:24-CV-9895 (LTS).

## CONCLUSION

    The Court dismisses this action without prejudice as duplicative of *Buxbaum v. Intuit, Inc.*, 1:24-CV-9895 (LTS) (S.D.N.Y.).

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to a enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated:  January 7, 2025
        New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge

2